**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6295**

---

PETER JON KOKOSKA,

                                        Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                                        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-98-782)

---

Submitted:  June 17, 1999            Decided:  June 24, 1999

---

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Peter Jon Kokoska, Appellant Pro Se.  Marla Graff Decker, Assistant
Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peter Jon Kokoska seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Kokoska v. Angelone, No. CA-98-782 (E.D. Va. Feb. 13, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The order from which Kokoska appeals was filed on February 11, 1999, and entered on the district court's docket on February 13, 1999, in accordance with Fed. R. Civ. P. 58 and 79(a). See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2